

**ORDERED in the Southern District of Florida on March 5, 2024.**

**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:

MOLEKULE GROUP, INC.

_____/        CASE NO. 23–18094–EPK

MOLEKULE GROUP, INC.,                             Chapter 11

    Plaintiff,                                    Adv. Case No.: 24-01004-EPK

v.

AURA SMART AIR, LTD.,

    Defendant

_____/

### ORDER GRANTING TRIPP SCOTT P.A.'S MOTION TO WITHDRAW AS COUNSEL
### FOR DEFENDANT AURA SMART AIR, LTD.

    THIS CAUSE having come before the Court on February 28, 2024, on Tripp Scott, P.A.'s

Motion to Withdraw as Counsel for Defendant, Aura Smart Air, LTD.,[ECF No. 75] and the Court

1

having reviewed of the case file, having considered the arguments of counsel and otherwise being fully advised in the premises, it is hereby **ORDERED AND ADJUDGED**:

1.    The Motion is **GRANTED**.  The law firm of Tripp Scott, P.A. and Jerry D. Tamayo, Esq. are relieved of any and all further responsibilities in the matter, effective from February 28, 2024 at 1:30 p.m. prior to the hearing on Plaintiff's Motion for Sanctions.

2.    Defendant shall immediately retain new counsel in this lawsuit inasmuch as the corporate Defendant is unable to represent itself in these proceedings without counsel or sanctions may be entered against it.  Until such time as Defendant's new counsel files a Notice of Appearance, all pleadings shall be mailed and emailed to Defendant at, Yoel Freilich, 38 HaBarzel Street, Tel Aviv 6971054, Israel, (yoel@gissinlaw.co.il)

###

Submitted by:
Geraldo "Jerry" Tamayo
Florida Bar No. 28532
Tripp Scott, P.A.
110 S.E. 6th Street, Suite 1500
Fort Lauderdale, FL  33301
Telephone: (954) 525-7500
Facsimile:  (954) 761-8475
jdt@trippscott.com

*(Attorney Tamaya is directed to serve a copy of this Order on all parties of record and file a certificate of service within 3 days of entry of the Order)*

2