UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re:<br><br>MOLEKULE GROUP, INC., and MOLEKULE, INC.<br><br>      Debtors. | Case No. 23-18094 (EPK)<br>Case No. 23-18093 (EPK)<br><br>Chapter 11<br>(Jointly Administered) |
| MOLEKULE GROUP, INC.,<br><br>      Plaintiff,<br><br>vs.<br><br>AURA SMART AIR, LTD.,<br><br>      Defendant. | Adv. Proc. No. 24-01004 (EPK) |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PLEADINGS AND OTHER PAPERS

**TO ALL PARTIES, PLEASE TAKE NOTICE THAT:**

Drew M. Dillworth, Esq. and the law firm of STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A. hereby appears as counsel for Interested Party, Google LLC ("GOOGLE") and files this *Notice of Appearance and Request for Service of Pleadings and Other Papers* (the "Notice"), pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and respectfully requests, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010, that copies of all notices and

pleadings given or requested to be served in this case be served upon the undersigned attorney at the following address:

DREW M. DILLWORTH, ESQ.
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-2688
E-mail: *ddillworth@stearnsweaver.com*

PLEASE TAKE FURTHER NOTICE THAT this request includes, without limitation, not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to affect in any way the rights or interests of GOOGLE or any other party in interest in this case or any related adversary proceedings, including (a) the Debtor; (b) property of the Debtor or the Debtor's estate, or proceeds thereof; (c) claims against or interests in the Debtor; (d) other rights or interests of creditors of the Debtor or other parties in interest in this case or any related adversary proceedings; or (e) property or proceeds thereof in the possession, custody, or control of GOOGLE or others that the Debtor may seek to use; or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by GOOGLE or any other party in interest.

PLEASE TAKE FURTHER NOTICE THAT neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any rights of GOOGLE to (1) have final orders in non-core matters entered only after *de novo* review by a higher court; (2) trial by

jury in any proceeding so triable in this case or related adversary proceedings, controversy, or other proceeding related to this case; (3) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED:  May 23, 2024

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
 ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:     (305) 789-3200
Facsimile:      (305) 789-3395

By: */s/ Drew M. Dillworth*
    DREW M. DILLWORTH
    Florida Bar No. 167835
    *ddillworth@stearnsweaver.com*
    *Counsel for Google LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this 23rd day of May 2024, by electronic transmission through the Court's CM/ECF system upon all parties registered to receive electronic notice in this case.

By:   */s/ Drew M. Dillworth*
          DREW M. DILLWORTH

-4-

## SERVICE LIST
### Adv. Proc. No. 24-01004 (EPK)
### United States Bankruptcy Court, Southern District of Florida

a) The following parties are registered to receive Notice of Electronic Filing and should have been served through CM/ECF.

- **Michael Peter De Simone**    mdesimone@sfl-law.com
- **Patrick R Dorsey**    pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
- **Veronica M Rabinowitz**    vrabinowitz@sfl-law.com, vrabinowitz@sfl-law.com;rkemper@sfl-law.com;dlevine@sfl-law.com;eservice@sfl-law.com
- **Bradley S Shraiberg**    bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Spencer M Thompson**    sthompson@sfl-law.com

#12775593 v1