**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 23-18094 (EPK) |
| | Case No. 23-18093 (EPK) |
| MOLEKULE GROUP, INC., and | |
| MOLEKULE, INC | Chapter 11 |
| | (Jointly Administered) |
| Debtors. | |
| _____/ | |
| MOLEKULE GROUP, INC., | |
| Plaintiff, | Adv. Proc. No. 24-01004 (EPK) |
| vs. | |
| AURA SMART AIR, LTD., | |
| Defendant, | |
| _____/ | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the document listed below was served as follows: (a) based on the Court docket, by transmission of Notices of Electronic Filing generated by CM/ECF, on the date the document was entered on the court docket, to those parties registered to receive Notices of Electronic Filing ("NEF") in this case, as indicated on the Service List attached hereto.

1. *Amended Notice of Hearing on Motion for Relied from Order Granting Emergency Motion to Modify Preliminary Injunction, Filed by Interested Party Google LLC.* [ECF No. 149].

Case No. 24-01004-EPK

Dated: May 24, 2024.

        Respectfully submitted,

        **STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
        Museum Tower, Suite 2200
        150 West Flagler Street
        Miami, Florida 33130
        Telephone:    (305) 789-3200
        Facsimile:     (305) 789-3395

        By:  */s/ Drew M. Dillworth, Esq.*
            DREW M. DILLWORTH
            ddillworth@stearnsweaver.com

        *Counsel for Interested Party Google, LLC.*

#12779073 v1

# SERVICE LIST
## Case No.: 24-01004-EPK
## United States Bankruptcy Court, Southern District of Florida
## West Palm Beach Division

a) The following parties are registered to receive Notice of Electronic Filing and should have been served through CM/ECF.

Michael Peter De Simone
mdesimone@sfl-law.com
*Counsel for Defendant Aura Smart Air, Ltd*

Drew M Dillworth
ddillworth@stearnsweaver.com
mfernandez@stearnsweaver.com
jless@stearnsweaver.com
dillworthcdp@ecf.epiqsystems.com
fsanchez@stearnsweaver.com
*Counsel for Interested Party Google LLC.*

Patrick R Dorsey
pdorsey@slp.law
dwoodall@slp.law
pmouton@slp.law
pdorsey@ecf.courtdrive.com

Veronica M Rabinowitz
vrabinowitz@sfl-law.com
vrabinowitz@sfl-law.com
rkemper@sfl-law.com
dlevine@sfl-law.com
eservice@sfl-law.com
*Counsel for Defendant Aura Smart Air, Ltd.*

Bradley S Shraiberg
bss@slp.law
dwoodall@slp.law
dwoodall@ecf.courtdrive.com
pmouton@slp.law

Spencer M Thompson
sthompson@sfl-law.com

#12778989 v1