

ORDERED in the Southern District of Florida on May 30, 2024.



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| **In re:** | CHAPTER 11 (Consolidated) |
| **MKUL, INC. (f/k/a Molekule Group, Inc.),** | Case No. 23-18094-EPK |
| Debtors. _____/ | |
| **MKUL, INC. (f/k/a Molekule Group, Inc.),** | |
| Plaintiff, v. | Adv. Proc. No. 24-01004-EPK |
| **AURA SMART AIR, LTD.,** | |
| Defendant. _____/ | |

**ORDER SETTING BRIEFING SCHEDULE ON**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

**THIS MATTER** came before the Court upon the *Defendant Aura Smart Air, Ltd.'s Motion for Partial Summary Judgment* [ECF No. 145] (the "Motion") filed by Aura Smart Air, Ltd. (the "Defendant"). With the Court being fully advised in the premises, it is **ORDERED** that:

1. MKUL, Inc. (the "Plaintiff") has until June 26, 2024 to respond to the Motion. The title of the responsive pleading must reference the title of the original motion. Failure to file a timely response may result in the granting of the Motion.

2. Defendant will then have until July 17, 2024 to file a reply to the response. The title of the reply must reference the title of the original motion.

###

Copies Furnished To:

Michael P. De Simone, Esq.

*Michael P. De Simone, Esq. is directed to serve a conformed copy of this Order on all appropriate parties and file a certificate of service.*