

**ORDERED in the Southern District of Florida on May 30, 2024.**

**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Case No.: 23-18094-EPK |
| MKUL, INC., (f/k/a MOLEKULE GROUP, INC.),     Debtor(s). _____/ | Chapter 11 (Consolidated) |
| MKUL, INC. (f/k/a MOLEKULE GROUP, INC.),     Plaintiff, | Adv. No.: 24-01004-EPK |
| v. | |
| AURA SMART AIR, LTD.,     Defendant. _____/ | |

**ORDER CONTINUING PRETRIAL CONFERENCE**

The Court heard certain matters in this adversary proceeding on May 29, 2024. During the hearing, the Court determined to continue the pretrial conference in this adversary proceeding. For the reasons stated on the record at the hearing, it is hereby ORDERED and ADJUDGED as follows:

1. The Pretrial Conference in this matter is continued to **September 11, 2024 at**

**10:00 a.m.** at the United States Bankruptcy Court, Flagler Waterview Building, 8th Floor, Courtroom B, 1515 North Flagler Drive, West Palm Beach, Florida 33401.  Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing.  To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E.

If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561-514-4143.  All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

2. All deadlines set in the *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* [the "Scheduling Order"; ECF No. 72] that are established in relation to the Pretrial Conference are reset so as to be measured from September 11, 2024, except for the deadline to file motions for summary judgment which is not modified.  Otherwise, the Scheduling Order remains in full force and effect.

###

Copies Furnished To:

Bradley S. Shraiberg, Esq.

*Bradley S. Shraiberg, Esq. is directed to serve a conformed copy of this Order on all interested parties not listed above and file a certificate of service.*